UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL ELECTRIC CAPITAL
CORPORATION,

        Plaintiff,

v.

HARVEY N. GAINEY,

        Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cv-47

## ORDER FOR COMPLIANCE WITH LOCAL RULES

This matter is before the Court on Plaintiff's Motion for Partial Summary Judgment (Dkt. #22). Upon review of the motion, the plaintiff fails to include its attempts to obtain concurrence from the defendant. In part, W.D. Mich. LCivR 7.1(d) states:

> Attempt to obtain concurrence - with respect to all motions, the moving party shall ascertain whether the motion will be opposed. ...All motions shall affirmatively state the efforts of the moving party to comply with the obligation created by this rule.

The Court will hold the Motion for Partial Summary Judgment in abeyance until **April 12, 2010**, pending Plaintiff's compliance with Local Rule 7.1(d). Failure to describe, in writing, the attempt to obtain concurrence may result in denial of the motion.

**IT IS SO ORDERED**.

Date: April 5, 2010

        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge