UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, | |
| Plaintiff, | Case No. 1:09-cv-47 |
| v. | Honorable Paul L. Maloney |
| HARVEY N. GAINEY, | **JUDGMENT** |
| Defendant. | |

This matter having been tried to the Court without a jury, the Court having issued an oral opinion in favor of plaintiff on all issues of liability and having adopted the stipulation of the parties on attorney's fees and the Report and Recommendation of the Magistrate Judge on prejudgment interest:

IT IS ORDERED AND ADJUDGED that plaintiff have and recover of defendant $784,708.92, which includes all principal, attorney's fees, and interest accrued to date. Interest shall run on the judgment amount at the federal statutory rate hereafter.

This Judgment is entered pursuant to Fed. R. Civ. P. 58 and closes this case.

Dated: October 15, 2012          /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  Chief United States District Judge